DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILLIAM C. KING,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1902

_____

September 14, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Polk County; J. Kevin Abdoney, Judge.

William C. King, pro se.


PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.